UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ANGEL PACHECO, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 1:24-cv-00030-LEW |
| | ) |
| MAINE STATE PRISON, | ) |
| | ) |
| Respondent. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE
<u>MAGISTRATE JUDGE</u>**

On April 25, 2024, Magistrate Judge John C. Nivison filed with the court, with copies to the parties, his Recommended Decision on 28 U.S.C. § 2554 Petition (ECF No. 7). He recommended that the Court dismiss the Petition and deny a certificate of appealability.

The time within which to file objections expired on May 9, 2024, and no objection has been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and **ADOPTED**.

The motion for habeas relief under 28 U.S.C. § 2254 is **DISMISSED** with prejudice.

It is further **ORDERED** that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

Dated this 31st day of July, 2024.

/s/ Lance E. Walker
Chief U.S. District Judge